**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: May 05, 2010**



_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>DEER VALLEY MEDICAL CENTER, LLC<br><br>Debtor. | Chapter 11<br><br>Case No. 2:10-BK-10726-RJH<br><br>**ORDER GRANTING THE JOINT MOTION TO APPROVE (1) LEASE WITH UNITED HEALTHCARE SERVICES, INC.; and (2) MODIFICATION OF LEASE WITH SMI IMAGING, LLC** |

The Court (i) having considered The Joint Motion To Approve (1) Lease With United Healthcare Services, Inc.; And (2) Modification Of Lease With SMI Imaging, LLC ("Motion") (Docket No. 35) filed by Hannay Investment Properties, Inc., the Receiver excused from turnover by prior Order of this Court (the "Receiver"), which moved this Court to approve a lease (the "United Lease") with a new tenant, United HealthCare Services, Inc. ("United"), and the modification of an existing lease (the "SMI Modification") with a current tenant, SMI Imaging, LLC ("SMI"); (ii) having held a hearing at which counsel for the Debtor, Counsel for Inland Mortgage Capital Corporation and Counsel for the Receiver appeared; (iii) having found that the Receiver has authority to file the Motion per prior Order of the Court and the interests of creditors and the estate will be served by permitting the Receiver to proceed with those

transactions and sign the documents, including the United Lease and the SMI Modification; and (iv) good cause appearing,

**IT IS HEREBY ORDERED** granting the Motion;

**IT IS HEREBY FURTHER ORDERED** that Receiver is authorized to execute the United Lease (Exhibit 1B to the Motion) and the SMI Modification (Exhibit 1C to the Motion) and any and all other documents necessary to consummate the transactions contemplated by the Motion, the United Lease and the SMI Modification.

**IT IS HEREBY FURTHER ORDERED**, notwithstanding anything to the contrary in Bankruptcy Rule 6004(h), this Order shall not be stayed and is effective immediately.

**SIGNED AND DATED ABOVE.**