IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 11 |
| | ) | |
| DEER VALLEY MEDICAL CENTER, LLC, | ) | Case No. 2-10-10726-RJH |
| | ) | |
| | ) | MINUTE SHEET FOR THE |
| | ) | SECTION 341(a) MEETING |
| | ) | |
| Debtor(s). | ) | DATE & TIME: 5/18/10 at 9:30 A.M. |
| | ) | |

Debtor Present (✓) YES ( ) NO   PRESIDING OFFICER: ED BERNATAVICIUS

Debtor's Address: _____

APPEARANCE BY ATTORNEY FOR DEBTOR: ~~DON POWELL~~ Ms. Green of Carmichael; Powell ✓ Yes ___ No

_____ PRESENT ON BEHALF OF DEBTOR

DEBTOR SWORN AND EXAMINED? (✓) YES ( ) NO

APPEARANCES:

| NAME | REPRESENT |
|---|---|
| 1. May Lu | Inland Mortgage |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RELATED CASES: _____

SCHEDULES FILED (✓) YES ( ) NO  IF NO, HAS ORDER BEEN ENTERED EXTENDING TIME? ( ) YES ( ) NO  IF NO, WHY HAVE SCHEDULES NOT BEEN FILED?

_____

WHEN WILL SCHEDULES BE FILED? _____

(✓) Concluded       ( ) Continued to:

                        Date: _____

                        Time: _____

                        Location: _____

( ) Dismiss for Failure to Appear and/or for Failure to File Schedules